USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED #: 8/13/9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

COSI, INC.,

                Plaintiff,

    -against-                                              09 Civ. 1661 (LAK)

JONATHAN GALLEN, et al.,

                Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The stipulation and order approving settlement agreement and dismissing case with prejudice filed on August 12, 2009 was approved in error and is hereby vacated.

        The parties, on or before August 23, 2009, are invited to brief the questions whether the Court (1) is required or authorized to approve the proposed settlement, and (2) properly may enter the proposed bar order against unidentified absent non-parties.

        SO ORDERED.

Dated:      August 13, 2009

                                                      Lewis A. Kaplan
                                                 United States District Judge